# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ORION TECHNOLOGY SERVICES, LLC,**

              **Plaintiff,**

**-vs-**                                     **Case No.  6:09-cv-219-Orl-19GJK**

**JOHN J. TRAHAN,**

              **Defendant.**

_____

# ORDER

The parties informed the Court in their Joint Motion for Enlargement of Time to Submit Case Management Report that they were proceeding to arbitration to resolve this action.  (Doc. No. 19, filed May 22, 2009.)  The Court granted the Joint Motion and ordered that the case be stayed pending the resolution of the arbitration proceedings.  (Doc. No. 20, filed May 26, 2009.)  Pursuant to this Order, the Motion to Abate Action and Stay Discovery Pending Arbitration by Defendant John Trahan (Doc. No. 8, filed Feb. 17, 2009) is **GRANTED**, and the Motion to Remand by Plaintiff Orion Technology Services, LLC (Doc. No. 14, filed Feb. 27, 2009) is **DENIED AS MOOT**.

        **DONE** and **ORDERED** in Chambers in Orlando, Florida on June 1, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record